**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FALON HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-01491-MTS |
| | ) | |
| COFMAN TOWNSLEY, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff Falon Holmes's Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [2]. Plaintiff's Application indicates that her monthly income significantly exceeds her regular monthly expenses. *Id.* Based on the amount of discretionary income she has according to her own figures, she can afford to pay the filing fee. "When litigants can afford to pay a filing fee but simply would rather not, they must make the decision whether their litigation is 'worth the price.'" *Hudson v. Waste Management*, 4:26-cv-1409-MTS, ECF No. 5 (E.D. Mo. Oct. 6, 2026) (quoting *Roller v. Gunn*, 107 F.3d 227, 231 (4th Cir. 1997)).

Because the figures Plaintiff provided show that she can afford to pay the filing fee, the Court will deny her Application. If Plaintiff would like to proceed with this litigation, she must prepay the $405 filing fee to the Clerk no later than **Tuesday, November 24, 2026**. If Plaintiff fails to do so, the Court will dismiss her action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Falon Holmes's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2], is **DENIED**. Plaintiff shall prepay the full $405 filing fee no later than **Tuesday**, **November 24, 2026**. The failure to do so will result in the dismissal of this action without further notice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel, Doc. [3], is **DENIED** without prejudice. *See* E.D. Mo. L.R. 4.01(A).

Dated this 16th day of October 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE